BRENT L. RYMAN, ESQ. (#008648)
ERICKSON, THORPE & SWAINSTON, LTD.
99 West Arroyo Street
P.O. Box 3559
Reno, Nevada 89505
Telephone: (775) 786-3930
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

GARY R. CONWAY,

    Plaintiff,

vs.

ESMERALDA COUNTY SHERIFFS OFFICE, et al., SHERIFF KENNETH ELGAN, and SGT. MATTHEW KIRKLAND,

    Defendants.

Case No.: 3:19-cv-00128-MMD-CLB

**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**

COMES NOW, Defendants, SHERIFF KENNETH ELGAN and SGT. MATTHEW KIRKLAND, as well as JEREMY TUREK and CHRIS MARTIN, by and through their Attorneys of Record, ERICKSON, THORPE & SWAINSTON, LTD., and BRENT L. RYMAN, ESQ., and along with Plaintiff, GARY R. CONWAY, *in pro se*, and hereby

///
///
///
///

ERICKSON, THORPE & SWAINSTON, LTD.

stipulate that the issues in the above-entitled action may be dismissed, with prejudice, with all parties to bear their own court costs and attorney's fees.

DATED this 11th day of September, 2020.

ERICKSON, THORPE & SWAINSTON, LTD.

*[signature]*

BRENT L. RYMAN, ESQ. (#008648)
ERICKSON, THORPE & SWAINSTON, LTD.
99 West Arroyo Street
P.O. Box 3559
Reno, Nevada 89505
Telephone: (775) 786-3930
*Attorneys for Defendants*

DATED this 30th day of August, 2020.

*[signature]*

GARY R. CONWAY (#1093140)
Northern Nevada Correctional Center
P.O. Box 7000
Carson City, Nevada 89702
*Plaintiff, in pro se*

///

///

## ORDER

Upon good cause appearing,

IT IS SO ORDERED.

DATED this 11th day of September, 2020.

*[signature]*

U. S. DISTRICT JUDGE